■ MARILYN L. POSCH, Respondent, v MICHAEL S. FEINBERG, M.D., et al., Defendants. NEW YORK STATE INSURANCE FUND, Appellant. [825 NYS2d 419]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered September 1,

2005. The order, among other things, granted the petition and reduced the workers' compensation lien of the New York State Insurance Fund.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present— Martoche, J.P., Smith, Centra and Green, JJ.